THE UNITED STATE DISTRICT COURT
Of New Jersey

DANNY AMEN ANDERSON
VALENTINE SHABAZZ

**PETITIONER,**

V.

BRIAN MOYNIHAN BANK OF AMERICA

GARY "GZA" GRICE
**RESPONDENTS,**

Criminal Copyright Infringement
Estoppel in PAIS

Bank of America
1600 John F Kennedy BLVD
Philadelphia, PA 19103

DANNY AMEN ANDERSON VALENTINE SHABAZZ

**PETITIONER,**

V.

BRIAN MOYNIHAN BANK OF AMERICA,
GARY "GZA"

                              Petitioner

                            Estoppel in PAIS
                           Copyright Infringement

**Allegations:**
**Danny has never been paid under copyright law or securities and commodities with Bank of America. Bank of America froze 7.6 million after 307,000 was spent while Danny was staying at The Notary Hotel with a cast active and just beginning to get paid. Danny contacted a security team at Lighthouse Security and they brought in Torchstone Global for a security assessment. Chaos erupted within the 47th and 7th LLC and Danny Valentine Corporation organization. Danny was put on the street in danger not fully secured after a bank rep mishandled a billion dollar corporation.  Meanwhile money laundering was taking place in Delaware with 47th and 7ths bail out of 1.2 billion now under copyright which he was never paid nothing by John Carney office. Lisa Blunt Rochester turned over the transaction that begun with Danny and insider Threat Development began to take place.. This case has a element of criminal copyright infringement.  We financed Wutang An American Saga which over 500 people were hired to develop and operate the show. That justifies the 7.9 million. Danny also bailed the state of Delaware out for 1.2 billion on the same portfolio. That also justifies the 7.9 PPP. The whole production originated at 129 Magnolia Ave. Jersey City,  New Jersey 07306**

Danny has had a head and neck injury affecting him for over a year that was misrepresented. The courts have taken on an anti justice stance reminiscent of the days of Tupac, Mlk, and X. Danny

just so happens to have copyrights on these leaders taken advantage of by various entities and agencies. The bank has Danny's file and financing wrapped up in the Washington Commanders deal noted early by Tom Kovach Esq. from out of Delaware. Tom is a former collaborator of Danny and Mayor James Baker.

BRIAN HAS BEEN ACCEPTING DEPOSITS FROM ROBERT DIGGS THROUGH GARY GRICE FOR OVER 25 YEARS ON THE INVESTMENT OF DANNY AND HIS FAMILY IN STATEN ISLAND AND PA. OVER 20 CAST MEMBERS HAVE PASSED AWAY SINCE BRAIN FROZE 7.9 MILLION AND THE CITY OF CHESTER IS IN DANGER OF LOSING ITS CHARTER DUE TO THIS NEGLIGENCE.
WE ARE REQUESTING A SUMMARY JUDGMENT FOR THE AMOUNT OF 7.9 MILLION FROZEN AND THE ACTUAL COPYRIGHT FEE FOR USING DANNY ENTITY FOR GROWTH OF THE BANK OF AMERICA'S PORTFOLIO. DANNY GAVE BRIAN
OVER 2 TRILLION IN GDP AND OVER 2 TRILLION IN COPYRIGHTS FROM HIS LLC AND DANNY VALENTINE CORPORATION. THE MONEY SHOULD REPRESENT THE COMMUNITY AND ITS HEALTH, NOT GREED.

**REMEDIES:** Return the 7m6 million to pay for security, the back pay and bills from 47tn and 7th LLC and parent Danny Valentine Corporation.


47th and 7th LLC /Bank of America Inc.

Actions
Registration Number / Date
TX0009172382 / 2022-07-15
Previous Registration
2019
Type of Work
Text
Title
47th and 7th LLC /Bank of America Inc.
Application Title
47th and 7th LLC /Bank of America Inc.
Date of Creation
2019
Date of Publication
2019-12-07
Copyright Claimant

Danny Amen Valentine Shabazz, 1978- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.
Everette Thomas Scott, 1988- . Address: 65 Irby Ave, Atlanta, GA, 30305, United States.
Ameerah Amen Valentine Shabazz. Address: 65 irby Ave, Atlanta, Georgia, 30305, United States.
Armani Amen Scott. Address: 65 irby Ave, Atlanta, Georgia, 30305, United States.
Authorship on Application
Ace, pseud. of Danny Amen Valentine Shabazz, (author of pseudonymous work); 1978- Citizenship: United States. Authorship: text.
Meme, pseud. of Ameerah Shabazz, (author of pseudonymous work); 1982- Citizenship: United States. Authorship: text.
Naje Papers, pseud. of Everette Thomas Scott, (author of pseudonymous work); 1988- Citizenship: United States. Authorship: text.
Nylir Scott, (author of pseudonymous work); 2016- Citizenship: United States. Authorship: text.
Armani Scott, 2019- ; Citizenship: United States. Authorship: text.
Basis of Claim
text.
Rights and Permissions
Danny AmeN Valentine Shabazz, 47th and 7th LLC, 65 Irby Ave, 65 irby Ave, Atlanta, Georgia, 30305, United States, (470) 836-6336, (470) 836-6336, dannyacevalentine@gmail.com
Pre-existing Material
text.
Description
Electronic file (eService)
Copyright Note
C.O. correspondence.

/s/
*Danny Amen Anderson Valentine Shabazz*

## CERTIFICATE OF SERVICE

Petitioner:
Danny Amen Anderson Valentine Shabazz

Respondents: BRIAN MOYIHAN, BANK OF AMERICA AND GARY GRICE

I Danny Amen Anderson Valentine Shabazz ( Petitioner ) certifies that I have on this 19th DAY of August, 2023 have served a copy to the defendant's and attorney a
Criminal Copyright Infringement, Breach of Fiduciary Duty, Estoppel in Pais electronic mail.
 ( Respondent) Civil Petition 47thand7thmedia@gmail.com

Service Provided.
Electronic service ( email): yes
U.S. Mail:
Hand Delivery:

"I certify that there is a prior agreement with harper.martin@bofa.com
  ) to allow documents in a PDF format sent via email to suffice for service."
Attorney for Respondent
This 19th day of August 2023,