**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANNY AMEN VALENTINE SHABAZZ,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN MOYNIHAN BANK OF AMERICA, GARY "GZA" GRICE,<br><br>    Defendants. | Civil Action No. 23-07321 (SDW)(CLW)<br><br>**WHEREAS OPINION**<br><br>November 1, 2023 |

**WIGENTON**, District Judge.

  **THIS MATTER** having come before this Court upon *pro se* Plaintiff Danny Amen Valentine Shabazz's ("Plaintiff") filing of a First Amended Complaint (D.E. 40 ("FAC")) and an application to proceed *in forma pauperis*, (D.E. 41 ("Second IFP Application")), and this Court having *sua sponte* reviewed the FAC for sufficiency pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 8(a); and

  **WHEREAS** on September 26, 2023, this Court dismissed *sua sponte* Plaintiff's Second IFP Application and FAC for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). (D.E. 43); and

  **WHEREAS** this Court afforded Plaintiff thirty (30) days to file an amended complaint and IFP. (Id.); and

  **WHEREAS** Plaintiff failed to timely file an amended complaint and IFP within the time allowed; therefore,

1

Plaintiff's Second IFP Application is **DENIED WITH PREJUDICE** and Plaintiff's FAC is **DISMISSED WITH PREJUDICE**.  This action is closed.  An appropriate order follows.

        /s/ Susan D. Wigenton
    **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Cathy L. Waldor, U.S.M.J.
        Parties